# MEMORANDUM DECISIONS.

ALLEN, Appellant, v. CORN EXCH. BANK, Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by Aaron C. Allen against the Corn Exchange Bank. H. Aaron, for appellant. R. H. Mitchell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Bank v. Hagemyer, 4 App. Div. 52, 38 N. Y. Supp. 626.

ALLEN, Appellant, v. HOME BANK, Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by Aaron C. Allen against the Home Bank. H. Aaron, for appellant. R. H. Mitchell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Bank v. Hagemyer, 4 App. Div. 52, 38 N. Y. Supp. 626.

AMSEL v. STEINWAY et al. (Supreme Court, Appellate Division, First Department. June 30, 1899.) .Action by Henry B. Amsel against Charles H. Steinway and others. No opinion. Motion denied, on payment of $10 costs.

BADGER v. CELLER. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Elisa H. Badger against Emelio Celler. No opinion. Motion denied. See 58 N. Y. Supp. 653.

BALCH, Respondent, v. CITY OF UTICA et al., Respondents (KINNEY, Appellant). (Supreme Court, Appellate Division, Fourth Department. July 18, 1899.) Action by Orville Balch against the city of Utica and others. Judgment for defendants. From an order adjudging Thomas Kinney in contempt for failure to obey the judgment, he appealed. Reversed. James Coupe, for appellant Kinney. G. C. Morehouse, for respondents city of Utica and Cantwell. S. M. Linsley, for respondent Stappenbeck.

PER CURIAM. Order appealed from reversed, upon the ground that the judgment against the defendant Kinney, granting affirmative relief to his co-defendants, is invalid, for reasons given on the appeal from the order denying the motion of the defendant Kinney to modify the judgment, in the opinion of Nash, J., reported in 59 N. Y. Supp. 516; $10 costs of this appeal, and disbursements, and $10 costs of motion at special term, to the appellant Kinney against the respondents city of Utica, John A. Cantwell, and Henry Stappenbeck.

BANEDETTO, Appellant, v. BANKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by John Banedetto, as administrator, etc., of Joseph Banedetto, deceased, against Albert M. Banker and E. Brown Baker. No opinion. Judgment affirmed, with costs.

BATES, Respondent, v. SALT SPRINGS NAT. BANK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by Edward P. Bates against the Salt Springs National Bank and others, impleaded with others. No opinion. Order reversed, with $10 costs and disbursements, without prejudice to the right of the plaintiff to renew the motion. Held that the order is incorrect, in that it does not fix the terms and conditions of allowing the amended complaint.

BINI, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. June 13, 1899.) Action by Tito Bini against John Smith.

PER CURIAM. Motion granted, upon payment by the plaintiff, within 10 days, of $10 costs of the application, and the disbursements that the defendant may have made in the prosecution of his appeal to the court of appeals, and also the execution and delivery to the defendant of a stipulation that he may, at his election, withdraw his appeal to the court of appeals, without costs. For failure to comply with these conditions, application denied. See 57 N. Y. Supp. 1134.

BLANCK, Respondent, v. NELSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) Action by Thomas J. Blanck, as trustee under the last will and testament of John W. Blanck, deceased, against Jesse S. Nelson. No opinion. Interlocutory judgment affirmed, on argument, with costs, with leave to defendant to withdraw demurrer and serve answer within 20 days, on payment of costs of the demurrer and of this appeal. See 56 N. Y. Supp. 867.